IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-00007-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELLUS LAROUS, | ) | |
| Defendant. | ) | |

This matter is before the court on Ellus Larous's Expedited Motion for Declaratory Relief [DE-272]. In his letter motion, Larous requests a "six (6) months Immigration Departure," which appears to be a request for early release from custody so as to begin deportation proceedings.

The court's authority to modify a sentence is extremely narrow. There are only three circumstances in which modification is allowed: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or Federal Rule of Criminal Procedure 35; and (3) where the relevant sentencing guidelines have changed since sentence was imposed. *See* 18 U.S.C. § 3582(c)(1)(A), (1)(B), and (2). Larous has failed to show that any of these three circumstances are present. Consequently, Larous's Expedited Motion for Declaratory Relief [DE-272] is DENIED.

SO ORDERED.

This, the 6 day of July, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge